IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL ANTHONY RODRIGUEZ, (TDCJ #1918200) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-18-0869 |
| LORIE DAVIS, | § § § | |
| Respondent. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the court's memorandum and order of even date, this civil action is dismissed with prejudice as time-barred.

SIGNED on January 30, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge